George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Kim Manning*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kim Manning,<br><br>           Plaintiff,<br><br>     v.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Sierra Pacific Federal Credit Union,<br><br>           Defendants. | Case No.: 2:25-cv-01299<br><br>**Stipulation for dismissal of Sierra Pacific Federal Credit Union with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kim Manning and Sierra Pacific Federal Credit Union stipulate to dismiss Plaintiff's claims against Sierra Pacific Federal Credit Union with prejudice.

///
///
///
///

_____

STIPULATION                          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 12, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kim Manning*

**WIRTHLIN & VERLAINE**

/s/ *Brenoch R. Wirthlin*
Brenoch R. Wirthlin, Esq.
400 S. 4th Street Suite 300
Las Vegas, NV  89101
*Counsel for Sierra Pacific Federal Credit Union*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:___January 15, 2026_____

_____
STIPULATION                    - 2 -